## ASSOCIATED DRY GOODS CORPORATION v. COMMISSIONER OF TAXATION.

235 N. W. 2d 821.

October 31, 1975—No. 45217.

*Johnson & Eastlund, George R. Johnson,* and *Ralph W. Peterson,* for relator.

*Warren Spannaus,* Attorney General, *C. H. Luther,* Deputy Attorney General, and *Richard W. Davis,* Special Assistant Attorney General, for respondent.

Heard before Sheran, C. J., and Otis, Peterson, Kelly, and Yetka, JJ., and considered by the court en banc.

PER CURIAM.

The court being evenly divided on the issues presented for decision in the above entitled matter, the order of the Minnesota Tax Court filed May 17, 1974, affirming an order of the commissioner of taxation dated April 17, 1970, is hereby affirmed.

Affirmed.

MR. JUSTICE TODD took no part in the consideration or decision of this case.